### KEMBLE cont<sup>a</sup> ARNALL

Mary Kemble Adm<sup>x</sup> to the Estate of Henry Kemble dece<sup>d</sup> plaint. cont<sup>a</sup> Iohn Arnall Defend<sup>t</sup> in an action of the case for not paying the Summe of ten pounds or thereabouts in money due upon Acco<sup>t</sup> as shalbee made appeare with damages. . . . The Iury . . . found for the plaint. eleven pounds one Shilling five pence in money damage & costs of Court Allowed thirty two Shillings eight pence.
Execucion issued pr<sup>o</sup> Feb<sup>r</sup> 1678.

Timothy Yeales cont^a Richard Bradley Defend^t . The plaint. withdrew his Action.